

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-00593-CR

BOBBY DEWAYNE EVANS, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court of Jefferson County. (Tr. Ct. No. 12-14438).

This case is an appeal from the final judgment signed by the trial court on June 17, 2013, which was transferred by the Supreme Court of Texas to this Court from the Court of Appeals for the Ninth District of Texas. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 31, 2015.

Panel consists of Justices Massengale, Brown, and Huddle. Opinion delivered by Justice Massengale.